Wendkouni Wilfried Arnold Zongo
2740 1st Avenue South
Minneapolis, Minnesota 55408

The Honorable Becky R. Thorson
United States Magistrate Judge
316 N. Robert Street
St. Paul, Minnesota 55101

December 12th, 2021

RECEIVED BY MAIL
DEC 1 4 2021
CLERK, U.S. DISTRICT COURT
ST. PAUL, MN

Re:   *Zongo v. Hennepin County et al*
      Civil No. 21-cv-01518 (NEB/BRT)

Dear Magistrate Becky R. Thorson:

 Because not privy of the way to contact the Court prior to the filing of a letter with it, plaintiff, Wendkouni Wilfried Arnold Zongo (hereinafter "Mr. Zongo") in this case, now asks the permission to file the instant letter.

 Plaintiff was able to glean defendants in this case filed a response to his complaint on November 10th, 2021, but, unlike the Court, plaintiff was not served with a copy of such filing. Mr. Zongo hence entreats the Court to order defendants' counsel to serve him with a copy of his filing with it.





SCANNED
DEC 1 4 2021
U.S. DISTRICT COURT ST. PAUL

    Mr. Zongo also asks the Court to toll any response time it might have given Mr. Zongo to respond to defendants' filing.

                                                            Respectfully Submitted,

                                                            <u>s/ *Wendkouni W. A. Zongo*</u>
                                                            *Pro Se* plaintiff